# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5215

_____

NICOLE KING, Former Wife,

Appellant,

v.

JOHN BALDWIN, Former
Husband,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

April 30, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andrew D. Wheeler of the Wheeler Law Firm, P.A., Fort Walton Beach, for Appellant.

Tonya C. Petermann and Stephanie N. Greaves, of Tonya C. Petermann, P.A., Fort Walton Beach, for Appellee.